IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL ACTION NO. 1:96-cr-19DCB |
| MARCUS LAMAR JONES | DEFENDANT |

**ORDER ALLOWING REMISSION OF FINE**

This cause came on for consideration on petition of the United States of America (#42) in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the $2,000.00 fine imposed on May 24, 1999, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the $2,000.00 fine imposed on May 24, 1999, is hereby remitted.

SO ORDERED this the  16th  day of  July , 2010.


                                          s/ David Bramlette
                                       SR. JUDGE DAVID BRAMLETTE
                                       UNITED STATES DISTRICT JUDGE